IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> MARTY ANDREWS, ) <br> ) <br> Defendant. ) <br> ) | CASE NO. CR100-44-2 |

## O R D E R

The Court has received notice by the Clerk of Court that there is an existing property bond in this case given by surety Gladys Lewis. However, this case has concluded and there is no reason for the bond to continue to be in effect. As a result, the Clerk of Court is **DIRECTED** to cancel the Deed to Secure Debt (attached) and Promissory Note on the property identified as <u>Lot No. 85 of the Lewisville Subdivision</u>. Further, the Clerk of Court is **DIRECTED** to send a certified copy of this order to the Clerk of the Superior Court of Hancock County as well as to the attorney for the defendant.

SO ORDERED this 23RD day of March 2018.

_____
DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA